IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER M. PAYNE, | ) | 4:11CV3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FRED BRITTEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before me on Plaintiff's Motion for Protective Order. (Filing 114.) Also pending is Defendants' Motion to Seal. (Filing 117.) I discuss each Motion below.

On October 17, 2014, Plaintiff filed Motion for Protective Order. (Filing 114.) In the Motion, Plaintiff states Defendants will eventually file certain mail items that contain private information. (*Id*.; Filing 114-1.) Plaintiff believes these mail items should be sealed to prohibit his "personal and private thoughts from being disseminated to the public." (Filing 114-1 at CM/ECF p. 2.) Plaintiff also wants to protect the intended recipients of the mail items from "harassment." (*Id*.) Plaintiff previously filed a similar Motion in this matter (filing 86), which the court denied (filing 93).

"The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden." Fed. R. Civ. P. 26(c)(1). The burden of establishing good cause rests with the movant. *General Dynamics Corp. v. Selb Mfg. Co.*, 481 F.2d 1204, 1212 (8th Cir. 1973).

After careful review, I find that Plaintiff has failed to establish good cause to issue a protective order in this matter. Accordingly, Plaintiff's Motion for Protective Order (filing 114) is denied.

On November 5, 2014, Defendants filed two indices of evidence containing 14 total letters. (Filings 118 and 119.) Three of the letters were provisionally filed under seal in accordance with my October 29, 2014, Memorandum and Order. (Filing 119; *see also* Filing 116.) In the Motion to Seal, Defendants ask me to issue an order officially sealing the provisionally sealed letters. (Filing 117.)

Defendants' Motion to Seal is granted and filing 119 shall remain sealed. However, Defendants are reminded that I may, at a later date, choose to unseal filing 119. Out of an abundance of caution, I will also restrict filing 118.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion for Protective Order (filing 114) is denied.

2.  Defendants' Motion to Seal (filing 117) is granted and filing 119 shall remain sealed. Defendants are reminded that I may, at a later date, choose to unseal filing 119.

3.  The Clerk of the court is directed to restrict filing 118. However, I warn the parties that I may, at a later date, choose to lift the restriction on filing 118.

DATED this 13th day of November, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.