IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTOPHER M. PAYNE,

              Plaintiff,

vs.

FRED BRITTEN, et. al;

              Defendants.

4:11CV3017

**ORDER**

      The court conferred with counsel today to discuss further case progression. The plaintiff is seeking very limited discovery, and the parties anticipate that this discovery can and will be produced within the next two weeks and without formal discovery requests. The defendants intend to file for summary judgment.

      Accordingly,

      IT IS ORDERED:

      1)    If the parties encounter any unanticipated discovery issues, they shall promptly contact the undersigned magistrate. Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

      2)    The government's anticipated motion for summary judgment shall be filed on or before March 9, 2015.

      3)    If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to schedule the pretrial conference and trial.

      January 26, 2015.

                                                                     BY THE COURT:
                                                                   *s/ Cheryl R. Zwart*
                                                                   United States Magistrate Judge