IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER M. PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3017 |
| | ) | |
| V. | ) | |
| | ) | |
| FRED BRITTEN, CHRISTOPHER | ) | ORDER |
| CONNELLY, MICHELLE | ) | |
| HILLMAN, LEE TINKLER, | ) | |
| MAILROOM PERSON 1, | ) | |
| MAILROOM PERSON 2, ET. AL., | ) | |
| BENNY NOORDHOEK, CARINA | ) | |
| MCROBERTS, and J KUNZMAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I am reviewing the Defendants' motion for summary judgment (filing 132) and the evidence. I have a problem in that some of the exhibits are unreadable.

IT IS ORDERED that:

(1)     Counsel for the Plaintiff and the Defendants shall meet and confer regarding all withheld mail that is handwritten.

(2)     With regard to the withheld mail that is handwritten, the Plaintiff and the Defendants shall prepare and submit an agreed typewritten version of the mail, separately identifying each piece of mail by reference to an exhibit number.

(3)     The parties shall have until July 2, 2015 to complete this task.

(4)    The responses required by this order shall be filed as restricted documents.

(5)    Counsel for the Plaintiff shall not make the contents available to the Plaintiff.

DATED this 18th day of June, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge