IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER M. PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3017 |
| | ) | |
| V. | ) | |
| | ) | |
| FRED BRITTEN, CHRISTOPHER CONNELLY, MICHELLE HILLMAN, LEE TINKLER, MAILROOM PERSON 1, MAILROOM PERSON 2, ET. AL., BENNY NOORDHOEK, CARINA MCROBERTS, and J KUNZMAN, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

I believe oral argument on the summary judgment motion would be helpful. Therefore,

IT IS ORDERED that:

1. Counsel for each party shall jointly call Kris Leininger (402-437-1640) to schedule oral argument. Counsel for defendants shall initiate the call. This must be done by the end of next week.

2. Oral argument shall be scheduled after July 2, 2015.

3. Oral argument will be scheduled for one hour. The moving party will go first. The opposing party will go second. The moving party may then engage in rebuttal if that party has time remaining. Each side shall have 30 minutes total to make their argument.

4.     At oral argument, I specifically want counsel to walk me through each piece of mail that was retained for any period of time, including the returned items, and I want to know counsels' views on each such item.

DATED this 19th day of June, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge