IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER M. PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3017 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED BRITTEN, CHRISTOPHER CONNELLY, MICHELLE HILLMAN, LEE TINKLER, JERRY BELL, MAILROOM PERSON 1, MAILROOM PERSON 2, ET. AL., BENNY NOORDHOEK, CARINA MCROBERTS, and J KUNZMAN, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Upon Plaintiff's filing of a Notice of Appeal (Filing 152) and Motion for Leave to Proceed in Forma Pauperis on Appeal (Filing 153), I hereby advise Plaintiff that **the filing of a notice of appeal will make him liable for payment of the full $505.00 appellate filing fee regardless of the outcome of the appeal.** This is because the Prison Litigation Reform Act requires an incarcerated civil appellant to pay the full amount of the $505.00 appellate filing fee by making monthly payments to the court, even if he or she is proceeding in forma pauperis. 28 U.S.C. § 1915(b). By filing a notice of appeal, Plaintiff will be consenting to the deduction of the $505.00 filing fee from his prison account by prison officials. Accordingly,

IT IS ORDERED:

1. If Plaintiff wishes to withdraw his Notice of Appeal (Filing 152) and Motion for Leave to Proceed in Forma Pauperis on Appeal (Filing 153), Plaintiff shall inform the court of such withdrawal within 10 days of the date of this order;

2. This court shall begin preliminary processing of Plaintiff's appeal by ordering from Plaintiff's institution a trust account statement reflecting Plaintiff's account activity and balance for the six months preceding the filing of the Notice of Appeal (Filing 152); and

3. The Clerk of Court shall (a) order from Plaintiff's correctional institution a trust account statement reflecting Plaintiff's account activity and balance for the six months preceding the filing of Plaintiff's Notice of Appeal, and (b) file such statement in this case.

DATED this 18th day of November, 2015.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.