IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER M. PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3017 |
| | ) | |
| v. | ) | |
| | ) | |
| FRED BRITTEN, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 18, 2015, and upon Plaintiff's filing of a Notice of Appeal (Filing 152) and Motion for Leave to Proceed in Forma Pauperis on Appeal (Filing 153), I advised Plaintiff that the filing a notice of appeal means he will be consenting to the deduction of a $505.00 appellate filing fee from his prison account by prison officials. (Filing 155.) I further advised Plaintiff that if he wishes to withdraw his Notice of Appeal (Filing 152) and Motion for Leave to Proceed in Forma Pauperis on Appeal (Filing 153), Plaintiff shall inform the court of such withdrawal within 10 days of the date of that order.

Plaintiff has filed a Motion for Extension (Filing 157) of time within which to file his notice of withdrawal, stating that he is negotiating with Defendants regarding a settlement to withdraw Plaintiff's appeal. I shall grant Plaintiff's motion.

IT IS ORDERED:

1.      Plaintiff's Motion for Extension (Filing 157) is granted;

2.      If Plaintiff wishes to withdraw his Notice of Appeal (Filing 152) and Motion for Leave to Proceed in Forma Pauperis on Appeal (Filing 153), Plaintiff shall

inform the court of such withdrawal on or before January 4, 2016, in the absence of which Plaintiff's appeal shall be processed.

DATED this 2nd day of December, 2015.

BY THE COURT:

*Richard G. Kopf*

Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.