IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHRISTOPHER M. PAYNE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CV3017 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| FRED BRITTEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Because this court has issued a Memorandum and Order (Filing 150) and Judgment (Filing 151) disposing of this case, and because the plaintiff has notified the court of his intent to withdraw his appeal to the Eighth Circuit Court of Appeals (Filings 152, 153, 160),

IT IS ORDERED that the Clerk of Court shall close this case.

DATED this 5th day of January, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge